UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>    v.<br><br>THE JPMORGAN CHASE SHORT-TERM DISABILITY PLAN,<br><br>          Defendant. | Case No. 24-cv-00562-SK<br><br>**ORDER DENYING EX PARTE MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Regarding Docket Nos. 4 |

Before the Court is Plaintiff's ex parte administrative motion to proceed under pseudonym. While Plaintiff cites to Local Civ. R. 7-11 as a basis for her motion, Local Civ. R. 7-10 requires that Plaintiff identify "a statute, Federal Rule, local rule, or Standing Order [that] authorizes ex parte filing." Local Civ R 7-10. Plaintiff has not done so.

At this point, the Court views Plaintiff's motion as premature and thus DENIES the motion. The Complaint, which is not filed under seal, already proceeds under a pseudonym. (Dkt No. 1.) Therefore, the Court DIRECTS Plaintiff to obtain a summons and complete service of the Complaint on Defendant in the normal course. When service is complete, the Court DIRECTS Plaintiff to file a motion, not ex parte, to proceed under a pseudonym that includes a briefing schedule. Once the motion is ripe, the Court will make a determination without a hearing. Local Civ. R. 7-1(b).

**IT IS SO ORDERED**.

Dated: January 31, 2024

_____
SALLIE KIM
United States Magistrate Judge