UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE**, | Case No. 4:24-cv-0562-YGR |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| **THE JPMORGAN CHASE SHORT-TERM DISABILITY PLAN**, | |
| Defendant. | |

On September 5, 2024, parties filed a notice that settlement has been reached in this action and that they intend to file a joint stipulation to dismiss. (Dkt. No. 25.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:  September 6, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California